**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00428-CV

## IN THE MATTER OF THE MARRIAGE OF JENNIFER REBECCA WITTENBERG AND PAUL ALAN VICTOR WITTENBERG

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2016-75056**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 15, 2018. On August 2, 2018, appellant Jennifer Rebeca Wittenberg filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby